AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| AUTOMATED TRACKING SOLUTIONS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:11CV424-RBS/TEM |
| AWAREPOINT CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Teletracking Technologies, Inc. and Radarfind Corporation

Date: 08/31/2011

*Attorney's signature*

Matthew R. Sheldon (VSB #41892)
*Printed name and bar number*

REED SMITH LLP
3110 Fairview Park Drive, #1400
Falls Church, Virginia 22042

*Address*

msheldon@reedsmith.com
*E-mail address*

(703) 641-4334
*Telephone number*

(703) 641-4340
*FAX number*