**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **AUTOMATED TRACKING SOLUTIONS, LLC,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) **Case No.: 1:12-cv-01313-CMH-TCB** ) ) |
| **AWAREPOINT CORPORATION,** | ) ) |
| **Defendant.** | ) ) ) |

## STIPULATION OF DISMISSAL OF AWAREPOINT CORPORATION

PURSUANT TO Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Automated Tracking Solutions, LLC ("ATS"), and Defendant, Awarepoint Corporation ("Awarepoint") (collectively, the "Parties"), having entered into a settlement agreement, stipulate that:

(1)     All claims that ATS asserts against Awarepoint in this action are dismissed with prejudice:

(2)     All claims or counterclaims that Awarepoint asserts against ATS in this action are dismissed with prejudice; and

(3)     The Parties shall bear their own costs and attorneys' fees.

SO ORDERED this ___ day of August 2013.

Alexandria, Virginia                        _____
                                            Claude M. Hilton
                                            United States District Judge

**WE STIPULATE TO THIS:**

August 22, 2013                                August 22, 2013

/s/ Nirav N. Desai                             /s/ Craig C. Reilly
H. Keeto Sabharwal (admitted *pro hac vice*)   Craig C. Reilly (VSB # 20942)
Email: keetos@skgf.com                         111 Oronoco Street
Robert E. Sokohl (admitted *pro hac vice*)     Alexandria, Virginia 22314
Email: rsokohl@skgf.com                        Telephone No.: (703) 549-5354
Lori A. Gordon (VSB No. 65503)                 Facsimile No.: (703) 549-2604
Email: lgordon@skgf.com                        Email: craig.reilly@ccreillylaw.com
Paul A. Ainsworth (admitted *pro hac vice*)
Email: painsworth@skgf.com                     James Anthony Gale (*admitted pro hac vice*)
Nirav N. Desai (VSB No. 72887)                 Email: jgale@feldmangale.com
Email: ndesai@skgf.com                         Jeffrey D. Feldman
Andrew M. Nason (admitted *pro hac vice*)      Email: jfeldman@feldmangale.com
Email: anason@skgf.com                         Rafael Perez-Pineiro (*admitted pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC           Email: rperez@feldmangale.com
1100 New York Ave., N.W., Suite 800            Richard Guerra (*admitted pro hac vice*)
Washington, DC 20005-3934                      Email: rguerra@feldmangale.com
Telephone No.: (202) 371-2600                  Javier Sobrado
Facsimile No.: (202) 371-2540                  Email: jsobrado@feldmangale.com
                                               FELDMAN GALE P. A.
Douglas J. McNamara (admitted *pro hac vice*)  2 South Biscayne Blvd, 30th Floor
Email: dmcnamara@cohenmilstein.com             Miami, FL 33131
Joshua S. Devore (VSB No. 45312)               Telephone No.: (305) 358-5001
Email: jdevore@cohenmilstein.com               Facsimile No.: (305) 358-3309
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave N.W., Suite 500 West         Gregory L. Hillyer (admitted *pro hac vice*)
Washington, DC 20005                           Email: ghillyer@feldmangale.com
Telephone No.: (202) 408-4600                  Michael P. Hogan
Facsimile No.: (202) 408-4699                  Email: mhogan@feldmangale.com
                                               FELDMAN GALE P. A.
J. Douglas Richards (admitted *pro hac vice*)  1700 Market Street, Suite 3130
Email: drichards@cohenmilstein.com             Philadelphia, PA 19103
Cohen Milstein Sellers & Toll PLLC             Telephone No.: (215) 414-1300
88 Pine Street, 14th Floor                     Facsimile No.: (215) 567-2648
New York, NY 10005
Telephone No.: (212) 838-7797
Facsimile No.: (212) 838-7745                  ***Counsel for Defendant Awarepoint Corp.***

***Counsel for Plaintiff Automated Tracking
Solutions, LLC***